ACCEPTED
03-15-00461-CV
7399445
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/15/2015 4:25:00 PM
JEFFREY D. KYLE
CLERK

## APPELLATE DOCKET NO: 03-15-00461-CV

| | | |
|---|---|---|
| **BROWN REAL ESTATE VENTURES 5,** *Cross-Appellant,* | § § § § § § § § § | **THIRD DISTRICT** |
| **v.** | | **COURT OF APPEALS** |
| **HDI PLASTICS, INC.,** *Cross-Appellee.* | | **AUSTIN, TEXAS** |

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/15/2015 4:25:00 PM
JEFFREY D. KYLE
Clerk

---

## NOTICE OF CHANGE OF NAME AND
## ADDRESS FOR ATTORNEYS IN CHARGE

---

PLEASE TAKE NOTICE that attorneys in charge in this appeal for

CYCLED PLASTICS, LTD., CYCLED PLASTICS MANAGEMENT, LLC,

ADAM MOSIER, MICHAEL LARGENT AND KENNETH BRIMMER, being M.

Matthew Williams and Glenn A. Brown, have joined in one law firm and that the

contact information for the these appellants' counsel is now as follows:

> M. Matthew Williams and Glenn A. Brown
> Leighton, Williams, Adkinson & Brown, PLLC
> 12117 Bee Caves Road, Suite 3-240
> Austin, Texas 78738
> Telephone: (512) 322-2001
> Facsimile: (512) 322-0882

Cross-Appellee HDI PLASTICS, INC. is not represented by counsel by order of this Court dated September 29, 2015.

---

Notice of Change of Name and Address

Respectfully submitted,

Leighton, Williams, Adkinson & Brown, PLLC
12117 Bee Caves Road, Suite 3-240
Austin, Texas 78738
Telephone: (512) 322-2001
Facsimile: (512) 322-0882

By: _____

M. Matthew Williams
Texas State Bar No. 24047115
matt@lwablaw.com
Glenn Brown
Texas State Bar No. 00796255
glenn@lwablaw.com

ATTORNEYS FOR CYCLED
PLASTICS, LTD., CYCLED
PLASTICS MANAGEMENT, LLC,
ADAM MOSIER, MICHAEL
LARGENT AND KENNETH
BRIMMER

# CERTIFICATE OF SERVICE

I hereby certify that this NOTICE OF CHANGE OF NAME AND ADDRESS FOR ITS ATTORNEYS IN CHARGE for APPELLATE DOCKET NO: 03-15-00461-CV was served on the following parties via electronic file manager through the following attorneys of record on October 15, 2015:

***Via Electronic File Manager***
Michael Deitch
The Deitch Law Offices
800 Rio Grande
Austin, TX  78701
512/474-1554
512/474-1579 (telecopy)
mike.d@dhpc-law.com (e-mail)
brian@dhpc-law.com (e-mail)

_____
M. Matthew Williams